UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VARUN NAIR,<br><br>     Plaintiff,<br><br> v.<br><br>United States Citizenship &<br>Immigration Services et al.,<br><br>     Defendants. | CASE NO. C21-957 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Plaintiff has filed a motion to voluntarily dismiss this proceeding under Rule 41(a), noted for September 20, 2021. (Dkt. No. 11.) Rule 41 allows a plaintiff to voluntarily dismiss a case without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Seeing as no defendant has answered or appeared, the Court construes the motion as a Rule 41(a)(1)(A)(i)

MINUTE ORDER - 1

1 | notice of dismissal.  This proceeding is therefore DISMISSED without prejudice and without
2 | claim of either party to attorney fees or costs.
3 |     The clerk is ordered to provide copies of this order to all counsel.
4 |     Filed September 20, 2021.

                Ravi Subramanian
                Clerk of Court

                s/Paula McNabb
                Deputy Clerk

MINUTE ORDER - 2